973 A.2d 414

COMMONWEALTH of Pennsylvania, Respondent

v.

James GREGORY, a/k/a Gregory James, Petitioner.

Supreme Court of Pennsylvania.

June 3, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of June, 2009, the Petition for Allowance of Appeal is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.

973 A.2d 414

**Roy H. LOMAS, Sr. d/b/a/ Roy Lomas Carpet Contractor, Respondent**

v.

**James B. KRAVITZ, Cherrydale Construction Company, Andorra Springs Development, Inc., and Kravmar, Inc., formerly known as Eastern Development Enterprises, Inc., Petitioners.**

**No. 68 MM 2009.**

Supreme Court of Pennsylvania.

June 3, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of June, 2009, the Application for Extraordinary Relief is **DENIED.**